**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of

SOUTHERN DISTRICT OF NEW YORK
_____

File Number  25-CV-5652 (MKV)
_____

Derry Sykes, Pro Se,                         )
        *Plaintiff,*                      )
    v.                                              )          Notice of Appeal
 
Springfield Auto Pound, et al.,        )
                          )
        *Defendant.*                    )

2025 DEC 29  PM 12: 3?   RECEIVED SDNY PRO SE OFFICE

Notice is hereby given that  Derry Sykes, Pro Se                          , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the SECOND          Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 17TH      day of December      , 20 25 .

                       /s/ *Derry Sykes*

             Attorney for  Derry Sykes, Pro Se
             Address:   70 East 115th Street, Apt. No. 6H
             New York, New York  10029

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

_____

*See Rule 3(c) for permissible ways of identifying appellants

APPEAL,ECF,PRO−SE

## U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25−cv−05652−MKV

Sykes v. Springfield Auto Pound et al
Assigned to: Judge Mary Kay Vyskocil
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 07/08/2025
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Derry Sykes**

represented by **Derry Sykes**
70 East 115th Street
Apt. 6H
New York, NY 10029
Email: ssykesderry@yahoo.com
PRO SE

V.

**Defendant**

**Springfield Auto Pound**
*a.k.a NYPD*
*TERMINATED: 12/17/2025*

**Defendant**

**Sgt. Marc Assiel**
*Official/Individual Capacities*

represented by **Stacy P D'Cunha−Rubin**
New York City Law Department
Administrative Law and Regulatory
Litigation Division
100 Church Street
Ste 5th Floor
New York, NY 10007
212−356−3191
Email: sdcunha@law.nyc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does Police Officers**
*In Official/Individual Capcities*

**Defendant**

**City of New York**

represented by **Stacy P D'Cunha−Rubin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/08/2025 | 1 | COMPLAINT against John Does Police Officers, Sgt. Marc Assiel, Springfield Auto Pound. Document filed by Derry Sykes.(vba) (Entered: 07/10/2025) |
| 07/08/2025 | | Case Designated ECF. (vba) (Entered: 07/10/2025) |
| 07/08/2025 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Derry Sykes.(vba) (Entered: 07/10/2025) |
| 07/08/2025 | 3 | PRO SE CONSENT TO RECEIVE ELECTRONIC SERVICE. The following party: Derry Sykes consents to receive electronic service via the ECF system. Document filed |

| | | by Derry Sykes.(vba) (Entered: 07/10/2025) |
|---|---|---|
| 07/08/2025 | 4 | MOTION of Applications for Order to Show Cause for Temporary Restraining Order, and Preleiminary Injuction. Document filed by Derry Sykes.(vba) (**Refer to ECF Rule 13.19(b) and (c) for directions regarding promptly alerting the court to this filing.**) (Entered: 07/10/2025) |
| 07/08/2025 | 5 | MEMORANDUM OF LAW in Support re: 4 MOTION for Temporary Restraining Order. Document filed by Derry Sykes. (vba) (Entered: 07/10/2025) |
| 07/08/2025 | 6 | AFFIDAVIT in Support re: 4 MOTION for Temporary Restraining Order. Document filed by Derry Sykes. (vba) (Entered: 07/10/2025) |
| 07/08/2025 | 7 | CERTIFICATE OF SERVICE of Order to Show Cause, Affidavit, Memo of Law, Exhibits served on New York City Department of Law on 7/8/2025. Service was made by MAIL. Document filed by Derry Sykes. (vba) (Entered: 07/10/2025) |
| 07/08/2025 | | CASE MANAGEMENT NOTE: For each electronic filing made in a case involving a self−represented party who has not consented to electronic service, the filing party must serve the document on such self−represented party in a manner permitted by Fed. R. Civ. P. 5(b)(2) (other than through the ECF system) and file proof of service for each document so served. Please see Rule 9.2 of the courts ECF Rules & Instructions for further information..(vba) (Entered: 07/10/2025) |
| 07/08/2025 | 8 | STANDING ORDER IN RE CASES FILED BY PRO SE PLAINTIFFS (See 24−MISC−127 Standing Order filed March 18, 2024). To ensure that all cases heard in the Southern District of New York are handled promptly and efficiently, all parties must keep the court apprised of any new contact information. It is a party's obligation to provide an address for service; service of court orders cannot be accomplished if a party does not update the court when a change of address occurs. Accordingly, all self−represented litigants are hereby ORDERED to inform the court of each change in their address or electronic contact information. Parties may consent to electronic service to receive notifications of court filings by email, rather than relying on regular mail delivery. Parties may also ask the court for permission to file documents electronically. Forms, including instructions for consenting to electronic service and requesting permission to file documents electronically, may be found by clicking on the hyperlinks in this order, or by accessing the forms on the courts website, nysd.uscourts.gov/forms. The procedures that follow apply only to cases filed by pro se plaintiffs. If the court receives notice from the United States Postal Service that an order has been returned to the court, or otherwise receives information that the address of record for a self−represented plaintiff is no longer valid, the court may issue an Order to Show Cause why the case should not be dismissed without prejudice for failure to comply with this order. Such order will be sent to the plaintiffs last known address and will also be viewable on the court's electronic docket. A notice directing the parties' attention to this order shall be docketed (and mailed to any self−represented party that has appeared and has not consented to electronic service) upon the opening of each case or miscellaneous matter that is classified as pro se in the court's records. (Signed by Judge Laura Taylor Swain on 3/18/2024) (vba) (Entered: 07/10/2025) |
| 07/25/2025 | 9 | PLAINTIFF'S NOTICE OF MOTION OF SUPPLEMENTAL PLEADING PURSUANT TO F.R.C.P. 15, IN SUPPORT OF ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, PURSUANT TO F.R.C.P.65, C.P.L.R. § 1411, 42 USC § 1983; 42 USC SECTION 1210, AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION. Document filed by Derry Sykes. (vfr) (Entered: 07/28/2025) |
| 07/25/2025 | 10 | PLAINTIFF'S AFFIDAVIT IN SUPPORT OF SUPPLEMENTAL PLEADING PURSUANT TO F.R.C.P. 15, FOR ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO F.R.C.P.65, C.P.L.R. SECTION 1411, 42 USC SECTION 1983, 42 USC SECTION 1210, AND THE FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION. Document filed by Derry Sykes. (Attachments: # 1 Exhibit F, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit J, # 6 Exhibit K).(vfr) (Entered: 07/28/2025) |

| 07/25/2025 | 11 | CERTIFICATE OF SERVICE of Supplemental Affidavit served on Springfield Auto Pound and Sgt. Marc Assiel on 7/25/2025. Document filed by Derry Sykes. (vfr) (Entered: 07/28/2025) |
|---|---|---|
| 07/25/2025 | 12 | PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF SUPPLEMENTAL AFFIDAVIT PURSUANT TO F.R.C.P. 15, FOR ORDER TO SHOW CAUSE FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION PURSUANT TO F.R.C.P.65, C.P.L.R. § 1411, 42 USC SECTION 1983, 42 USC § 1201, AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION. Document filed by Derry Sykes. (vfr) (Entered: 07/28/2025) |
| 08/07/2025 | 13 | NOTICE OF APPEARANCE by Stacy P D'Cunha−Rubin on behalf of Sgt. Marc Assiel..(D'Cunha−Rubin, Stacy) (Entered: 08/07/2025) |
| 12/03/2025 | 14 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 12/3/2025) (km) (Entered: 12/03/2025) |
| 12/03/2025 | | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Unassigned is no longer assigned to the case..(kgo) (Entered: 12/03/2025) |
| 12/03/2025 | | Magistrate Judge Henry J. Ricardo is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (kgo) (Entered: 12/03/2025) |
| 12/10/2025 | 16 | FIRST LETTER MOTION for Conference *for Rule 12(b)(6) motion* addressed to Judge Mary Kay Vyskocil from Stacy D'Cunha−Rubin dated 12−09−25. Document filed by Sgt. Marc Assiel..(D'Cunha−Rubin, Stacy) (Entered: 12/10/2025) |
| 12/17/2025 | 17 | ORDER OF SERVICE: The Court dismisses Plaintiff's claims against the Springfield Auto Pound for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court directs the Clerk of Court to add the City of New York as a defendant. See Fed. R. Civ. P. 21. The motions for injunctive relief, as well as Defendant's letter motion seeking a pre−motion conference, are denied without prejudice, and the Clerk of Court is directed to terminate them. [ECF Nos. 4, 9, 16]. The Clerk of Court is directed to electronically notify the New York City Police Department and the New York City Law Department of this Order. The Court requests that Defendants City of New York and 25th Precinct Sgt. Marc Assiel waive service of summons and that the New York City Law Department respond as directed in the Valentin order. The Clerk of Court is directed to mail an information package to Plaintiff. An amended complaint form, which Plaintiff must complete within thirty days of the identification of the Doe defendants, is attached. Plaintiff may receive court documents by email by completing a Consent to Electronic Service Form. The Parties are on notice that failure to comply with court orders and the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice in Civil Cases may result in sanctions, including monetary sanctions on counsel and the Parties; preclusion of claims, defenses, evidence, and motion practice; and case−terminating sanctions. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444−45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED. ( Waiver of Service due by 1/16/2026.), City of New York added. Springfield Auto Pound (a.k.a NYPD) terminated. (Signed by Judge Mary Kay Vyskocil on 12/17/2025) (tg) (Entered: 12/17/2025) |
| 12/20/2025 | 18 | INFORMATION PACKAGE MAILED to Derry Sykes on 12/20/2025 Re: 17 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate |

| | | |
|---|---|---|
| | | judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge. (nb) (Entered: 12/20/2025) |
| 12/23/2025 | 19 | WAIVER OF SERVICE RETURNED EXECUTED. City of New York waiver sent on 12/23/2025, answer due 2/23/2026. Document filed by City of New York..(D'Cunha−Rubin, Stacy) (Entered: 12/23/2025) |
| 12/29/2025 | 20 | NOTICE OF INTERLOCUTORY APPEAL from 17 Order of Service. Document filed by Derry Sykes..(nd) (Entered: 12/29/2025) |
| 12/29/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 20 Notice of Interlocutory Appeal..(nd) (Entered: 12/29/2025) |
| 12/29/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 20 Notice of Interlocutory Appeal filed by Derry Sykes were transmitted to the U.S. Court of Appeals..(nd) (Entered: 12/29/2025) |
| 12/29/2025 | 21 | FIRST LETTER MOTION for Extension of Time *to Respond to Complaint* addressed to Judge Mary Kay Vyskocil from Stacy D'Cunha−Rubin dated December 29, 2025. Document filed by City of New York..(D'Cunha−Rubin, Stacy) (Entered: 12/29/2025) |